**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CHRISTINE RYNKIEWICZ,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | |
| **DEER MEADOWS HOME HEALTH &** | **NO.  26-525** |
| **SUPPORT SERVICES, LLC,** | |
| **Defendant.** | |

## ORDER

    **AND NOW**, this 16th day of June, 2026, upon consideration of Defendant's Motion to Dismiss (ECF No. 9), and Plaintiff's opposition thereto (ECF No. 13), **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

                                          **BY THE COURT:**

                                          *S/* **WENDY BEETLESTONE**

                                          **WENDY BEETLESTONE, C.J.**