**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CHRISTINE RYNKIEWICZ,**<br>**Plaintiff,**<br><br>**v.**<br><br>**DEER MEADOWS HOME HEALTH & SUPPORT SERVICES, LLC,**<br>**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 26-cv-525** |

# ORDER

**AND NOW**, this 3rd day of November, 2026, upon consideration of Defendant Deer Meadows Home Health & Support Services, LLC's ("Defendant") Motion for Summary Judgment (ECF No. 20), Plaintiff Christine Rynkiewicz's Response in Opposition thereto (ECF No. 21), Defendant's Reply Brief in Support of its Motion for Summary Judgment (ECF No. 24), Plaintiff's Sur-reply in Opposition thereto (ECF No. 27), and Defendant's Sur-surreply in Further Support thereof (ECF No. 30), **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**.

**IT IS FURTHER ORDERED** that judgment is **ENTERED** in favor of Defendant and against Plaintiff on Plaintiff's claim of violation of the Fair Labor Standards Act, 29 U.S.C. § 215. The Clerk of Court is directed to **CLOSE** this case.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**